UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TONI MUNKRES, | Case No. 2:16-cv-01513 TJH (JPRx) |
| Plaintiff, | **ORDER TO DISMISS ACTION** *WITHOUT* **PREJUDICE** |
| v. | **[JS-6]** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; SMART & FINAL INC., SHORT-TERM DISABILITY PLAN; TRUSTEE OF THE GROUP INSURANCE TRUST FOR EMPLOYERS IN THE WHOLESALE TRADE INDUSTRY; and DOES 1 to 10, Inclusive, | |
| Defendants. | |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed *without* prejudice, in its entirety, against all parties.  Each party is to bear their own attorneys' fees and costs.

DATED:  AUG. 16, 2016

_____
HON. TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

- 1 -